UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

FITZGERALD & ASSOCIATES, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Attorney for the Debtor

**Order Filed on September 22, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: _____17-14952_____ |
| NORMAN GARRETT | Chapter: _____13_____ |
| | Judge: _____Meisel_____ |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 22, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:    734 Dennis Place, Linden, NJ 07036 _____

Creditor:    Shellpoint Mortgage Servicing _____

and a Request for

☒    Extension of the 90 day Loss Mitigation Period having been filed by _____ the Debtor _____,
       and for good cause shown

☐    Early Termination of the Loss Mitigation Period having been filed by _____,
       and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ XX/XX/XXXX 10/25/2017

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2