UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenee K. Cicarrelli, Esq.
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306

Order Filed on October 24, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Norman Garrett

Case No.: 17-14952

Chapter: 13

Judge: Meisel

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 24, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 4/4/2017 :

Property:       734 Dennis Place, Linden, NJ 07036

Creditor:       Shellpoint Mortgage Servicing

and a Request for

- [X] Extension of the 90 day Loss Mitigation Period having been filed by Debtor's Attorney, and for good cause shown

- [ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including 1/26/2018 .

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2