UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenee K. Cicarrelli, Esq.
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306

Order Filed on October 24, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:
Norman Garrett

Case No.: 17-14952
Chapter: 13
Judge: Meisel

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 24, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 4/4/2017:

Property:     734 Dennis Place, Linden, NJ 07036

Creditor:     Shellpoint Mortgage Servicing

and a Request for

- [X] Extension of the 90 day Loss Mitigation Period having been filed by Debtor's Attorney, and for good cause shown

- [ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including 1/26/2018.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:
Norman L Garrett
    Debtor

Case No. 17-14952-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin     Page 1 of 1     Date Rcvd: Oct 25, 2017
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db           +Norman L Garrett,   734 Dennis Place,   Linden, NJ 07036-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
            Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
            the laws of the United States of America cmecf@sternlav.com
           Jenee K. Ciccarelli    on behalf of Debtor Norman L Garrett jeneeciccarelli.fitzlaw@gmail.com,
            bankruptcy@cabanillaslaw.com
           Marie-Ann    Greenberg    magecf@magtrustee.com
           Nicholas    Fitzgerald    on behalf of Debtor Norman L Garrett nickfitz.law@gmail.com
           Sarah J. Crouch    on behalf of Debtor Norman L Garrett nickfitz.law@gmail.com,
            nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                         TOTAL: 7