Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−14952−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Norman L Garrett
    734 Dennis Place
    Linden, NJ 07036

Social Security No.:
    xxx−xx−7203

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      12/19/17
Time:      02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

---

APPLICANT(S)
Sarah J Crouch, Debtor's Attorney

COMMISSION OR FEES
Fee: $1,400.00

EXPENSES
$0.00

---

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 6, 2017
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-14952-SLM
Norman L Garrett                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin           Page 1 of 1            Date Rcvd: Nov 06, 2017
                               Form ID: 137           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2017.
db             +Norman L Garrett,    734 Dennis Place,    Linden, NJ 07036-1231
cr             +Seterus, Inc., as authorized sub-servicer for Fede,    Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
516699751      +Capital One,   Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
516699752      +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,   Po Box 182125,    Columbus, OH 43218-2125
516925366      +MTGLQ Investors, L.P.,    Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville SC 29603-0826
516699754      +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
516699756       Stern & Eisenberg, PC,    1040 N. King High Way Suite 407,    Cherry Hill, NJ 08034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njibankr@usdoj.gov Nov 06 2017 22:55:52     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2017 22:55:44     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516699753      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 06 2017 22:57:39     Credit One Bank Na,
                Po Box 98873,   Las Vegas, NV 89193-8873
516818948       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 06 2017 22:57:40
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516699755      +Fax: 407-737-5634 Nov 06 2017 23:09:47     Ocwen Loan Servicing, Llc,
                Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
516755649       E-mail/Text: bnc-quantum@quantum3group.com Nov 06 2017 22:55:41
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                            TOTAL: 6

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516932886*     +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2017 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg   on behalf of Creditor   Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              Jenee K. Ciccarelli   on behalf of Debtor Norman L Garrett jeneeciccarelli.fitzlaw@gmail.com,
               nadiafinancial@gmail.com
              Marie-Ann  Greenberg   magecf@magtrustee.com
              Nicholas  Fitzgerald   on behalf of Debtor Norman L Garrett nickfitz.law@gmail.com
              Sarah J. Crouch   on behalf of Debtor Norman L Garrett nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 7