| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>FITZGERALD & ASSOCIATES, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>By: Sarah J. Crouch, Esq. (SC 1174)<br>Phone: 201-533-1100<br>Fax: 201-533-1111<br>Attorney for the Debtor | Order Filed on December 27, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| In Re:<br><br>NORMAN GARRETT | Case No.: 17-14952<br>Chapter: 13<br>Judge: Meisel |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: December 27, 2017

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Associates, P.C._____, the applicant, is allowed a fee of $ ____1400.00____ for services rendered and expenses in the amount of $____0.00____ for a total of $____1400.00____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____114.00____ per month for ____53____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Norman L Garrett  
    Debtor

Case No. 17-14952-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 27, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.  
db         +Norman L Garrett,   734 Dennis Place,   Linden, NJ 07036-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America cmecf@sternlav.com  
        Jenee K. Ciccarelli    on behalf of Debtor Norman L Garrett jeneeciccarelli.fitzlaw@gmail.com, nadiafinancial@gmail.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Nicholas Fitzgerald    on behalf of Debtor Norman L Garrett nickfitz.law@gmail.com  
        Sarah J. Crouch    on behalf of Debtor Norman L Garrett nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                      TOTAL: 7