UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Fitzgerald & Crouch, P.C.
James J. Fitzpatrick, Esq.  JF/7028
649 Newark Avenue
Jersey City, New Jersey 07306
(201) 533-1100
Attorney for Debtor

In Re:

Norman L Garret

Order Filed on May 21, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No.:    17-14952 (SLM)

Chapter:    13

Judge: Stacey L. Meisel

ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby ORDERED.

**DATED: May 21, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  4/4/2017  :

Property:   734 Dennis Place, Linden, NJ 07036

Creditor:   Shellpoint Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by         the Debtor        , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including      ~~July 26, 2018~~ 6/13/2018

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2