**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    NORMAN L GARRETT

**Order Filed on June 15, 2018**
**by Clerk, U.S. Bankruptcy**
**Court - District of New Jersey**

**Case No.:  17-14952 SLM**

**Hearing Date:  6/13/2018**

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 15, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  NORMAN L GARRETT

Case No.:  17-14952

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 06/13/2018 on notice to FITZGERALD &

CROUCH, PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an Application to Extend Loss Mitigation by 6/20/2018 or the case

  will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that an Application to Extend Loss Mitigation has

  been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to

  Debtor or Debtor's Attorney; and it is further

- ORDERED, that if satisfied, the Trustee's Certification of Default will be adjourned to 6/27/2018 at 9:00

  AM.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-14952-SLM
Norman L Garrett                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jun 15, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
db              +Norman L Garrett,    734 Dennis Place,    Linden, NJ 07036-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        James J. Fitzpatrick    on behalf of Debtor Norman L Garrett nickfitz.law@gmail.com,
         nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
        Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
         Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
         the laws of the United States of America cmecf@sternlav.com
        Jenee K. Ciccarelli    on behalf of Debtor Norman L Garrett jeneeciccarelli.fitzlaw@gmail.com,
         nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Nicholas  Fitzgerald    on behalf of Debtor Norman L Garrett nickfitz.law@gmail.com
        Sarah J. Crouch    on behalf of Debtor Norman L Garrett nickfitz.law@gmail.com,
         nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 8