UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)

**Order Filed on October 29, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:
NORMAN GARRETT

Case No.: 17-14952

Chapter: 13

Judge: Meisel

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 29, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:     734 Dennis Place, Linden, NJ 07036

Creditor:     Shellpoint Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____ the Debtor _____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ 11/14/2018 ~~12/13/2018~~ _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2