UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Fitzgerald & Crouch, P.C.
James J. Fitzpatrick, Esq.  JF/7028
649 Newark Avenue
Jersey City, New Jersey 07306
(201) 533-1100
Attorney for the Debtor

In Re:

Norman L Garret

Case No.: 17-14952

Judge: Meisel

Chapter: 13

## APPLICATION FOR EXTENSION OR EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the __Debtor__ in this matter. On __October 29, 2018__, a Loss Mitigation Order was entered concerning:

Property: __734 Dennis Place, Linden, NJ 07036__

Creditor: __Shellpoint Servicing__

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on __November 14, 2018__.

For the reason(s) set forth below, the __Debtor__ hereby requests:

☑ An extension of the Loss Mitigation Period to __February 14, 2019__.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:

Debtor is seeking to extend the loss mitigation period in order to obtain a modification of his mortgage on this property. The debtor is currently awaiting a decision on his modification application from the lender.

Dated: 11-20-18

_Norman Garret_
Applicant's signature

Revised 9/19/13