| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> FITZGERALD & CROUCH, P.C. <br> 649 Newark Avenue <br> Jersey City, NJ  07306 <br> (201) 533-1100 <br> By: Sarah J. Crouch, Esq. (SC 1174) <br> Attorney for Debtor | |
| In Re: <br><br> NORMAN GARRETT <br><br> Debtor | Case No.: 17-14952 <br><br> Chapter 13 <br><br> Hearing Date: <br><br> Judge: Stacey L. Meisel |

Order Filed on April 1, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

## ORDER AUTHORIZING ~~APPROVING~~ LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 1, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Norman Garrett
Case No. 17-14952
Caption: ORDER ~~APPROVING~~ LOAN MODIFICATION
          AUTHORIZING

---

This matter having come before the Court upon the debtor's Application for an Order approving a loan modification agreement, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the loan modification agreement between the debtor and Shellpoint Servicing to the property located at 734 Dennis Place, Linden, NJ 07036; is hereby authorized and it is further

**ORDERED** that Shellpoint Servicing will file a Notice of Payment and Amended Proof of Claim change to reflect the modified mortgage agreement within thirty (30) days of the entry of this order; and it further

**ORDERED** that the Debtor shall file a modified plan and amended schedule J within twenty (20) days of the entry of this Order.