| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> FITZGERALD & CROUCH, P.C. <br> 649 Newark Avenue <br> Jersey City, NJ  07306 <br> (201) 533-1100 <br> By: Sarah J. Crouch, Esq. (SC 1174) <br> Attorney for Debtor |

Order Filed on April 1, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

| In Re: <br><br> NORMAN GARRETT <br><br> Debtor | Case No.: 17-14952 <br><br> Chapter 13 <br><br> Hearing Date: <br><br> Judge: Stacey L. Meisel |
|---|---|

### ORDER AUTHORIZING ~~APPROVING~~ LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 1, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Norman Garrett
Case No. 17-14952
Caption: ORDER ~~APPROVING~~ LOAN MODIFICATION
                    AUTHORIZING

---

This matter having come before the Court upon the debtor's Application for an Order approving a loan modification agreement, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the loan modification agreement between the debtor and Shellpoint Servicing to the property located at 734 Dennis Place, Linden, NJ 07036; is hereby authorized and it is further

**ORDERED** that Shellpoint Servicing will file a Notice of Payment and Amended Proof of Claim change to reflect the modified mortgage agreement within thirty (30) days of the entry of this order; and it further

**ORDERED** that the Debtor shall file a modified plan and amended schedule J within twenty (20) days of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 17-14952-SLM
Norman L Garrett                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Apr 01, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
db         +Norman L Garrett,    734 Dennis Place,    Linden, NJ 07036-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      James J. Fitzpatrick    on behalf of Debtor Norman L Garrett nickfitz.law@gmail.com, nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
      Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America cmecf@sternlav.com
      Jenee K. Ciccarelli    on behalf of Debtor Norman L Garrett info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
      Marie-Ann   Greenberg    magecf@magtrustee.com
      Nicholas   Fitzgerald    on behalf of Debtor Norman L Garrett nickfitz.law@gmail.com
      Sarah J. Crouch    on behalf of Debtor Norman L Garrett nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                          TOTAL: 8