Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−14952−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Norman L Garrett
  734 Dennis Place
  Linden, NJ 07036

Social Security No.:
  xxx−xx−7203

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:         11/17/20
Time:        02:30 PM
Location:     Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Nicholas Fitzgerald

COMMISSION OR FEES
$1600.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 23, 2020
JAN:

Jeanne Naughton
Clerk

Case 17-14952-SLM    Doc 133    Filed 10/25/20    Entered 10/26/20 00:54:22    Desc
Imaged Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-14952-SLM |
| Norman L Garrett | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 23, 2020 | Form ID: 137 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Norman L Garrett, 734 Dennis Place, Linden, NJ 07036-1231 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | Ajax Mortgage Loan Trust 2019-G, Mortgage-Backed S, P.O. Box 25430, Portland, OR 97298-0430 |
| cr | + | Seterus, Inc., as authorized sub-servicer for Fede, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 518700756 | | Ajax Mortgage Loan Trust 2019-G,, Mortgage-Backed Securities, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 518700757 | | Ajax Mortgage Loan Trust 2019-G,, Mortgage-Backed Securities, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 Ajax Mortgage Loan Trust 2019-G, |
| 516925366 | + | MTGLQ Investors, L.P., Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 516699754 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 516699755 | + | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 516699756 | | Stern & Eisenberg, PC, 1040 N. King High Way Suite 407, Cherry Hill, NJ 08034 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 23 2020 22:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 23 2020 22:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516699751 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 23 2020 22:23:25 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516699752 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 23 2020 22:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 516699753 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 23 2020 22:24:37 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 516818948 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2020 22:23:31 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516755649 | | Email/Text: bnc-quantum@quantum3group.com | Oct 23 2020 22:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516932886 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 23, 2020 | Form ID: 137 | Total Noticed: 17

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2020          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | on behalf of Debtor Norman L Garrett nickfitz.law@gmail.com nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| Jeanette F. Frankenberg | on behalf of Creditor Seterus Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America cmecf@sternlav.com |
| Jenee K. Ciccarelli | on behalf of Debtor Norman L Garrett info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Norman L Garrett Fitz2Law@gmail.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2019-G Mortgage-Backed Securities, Series 2019-G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8