UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
 By: Nicholas Fitzgerald
649 Newark Avenue
Jersey City, NJ 07306
Emai: nickfitz.law@gmail.com
(201) 533-1100
Counsel for Debtor(s)

Order Filed on November 17, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Norman L. Garrett

Case No.: 17-14952-SLM

Chapter: 13

Judge: Stacey L. Meisel

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 17, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Associates, P.C._____, the applicant, is allowed a fee of $ ____1,600.00____ for services rendered and expenses in the amount of $____Zero____ for a total of $____1,600.00____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____291.00____ per month for ____16____ months to allow for payment of the above fee.

*rev.8/1/15*

2