UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
ROB SALTZMAN, ESQUIRE
PLUESE, BECKER & SALTZMAN, LLC
Attorneys at Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054
(856) 813-1700

Order Filed on February 24, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Norman L Garrett

Case No.: 17-14952-SLM

Hearing Date: February 24, 2021

Judge: Stacey L. Meisel

Chapter: 13

Recommended Local Form      [X] Followed    [ ] Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 24, 2021

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of Ajax Mortgage Loan Trust 2019-G, Mortgage-Backed Securities, Series 2019-G, by U.S. Bank National Association, as Indenture Trustee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

734 Dennis Pl, Linden, NJ 07036

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 17-14952-SLM
Norman L Garrett                                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2
Date Rcvd: Feb 24, 2021                  Form ID: pdf903                  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Norman L Garrett, 734 Dennis Place, Linden, NJ 07036-1231 |
| aty | + Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021                          Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | on behalf of Debtor Norman L Garrett nickfitz.law@gmail.com nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| Jeanette F. Frankenberg | on behalf of Creditor Seterus Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America cmecf@sternlav.com |
| Jenee K. Ciccarelli | on behalf of Debtor Norman L Garrett info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Feb 24, 2021 Form ID: pdf903 Total Noticed: 2

Nicholas Fitzgerald
          on behalf of Debtor Norman L Garrett fitz2law@gmail.com

Robert P. Saltzman
          on behalf of Creditor Ajax Mortgage Loan Trust 2019-G  Mortgage-Backed Securities, Series 2019-G, by U.S. Bank National
Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8